

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2019

No. 04-19-00757-CV

**FEDEX CORPORATION** and FedEx Corporate Services, Inc.,
Appellants

v.

Michelle **CONTRERAS**, Individually and as Representative of the Estate of Christopher
Talamantez, II, Deceased, Krystal Saldana a/n/f of C.M.T II and J.T., Minors, Victoria Campos
a/n/f of D.C., a Minor, and Christopher Talamantez, Sr., Aurelio Fernando Perez, Individually
and as Representative of the Estate of Christian Adam Vasquez, Deceased, Alexis Sanchez,
Individually and as Representative of the Estate of Christian Vasquez, Deceased, Alexis Sanchez
a/n/f of Christian Vasquez, Jr., a Minor,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22752
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

     The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The
appellant's brief is due on or before February 3, 2020. No further extensions absent extenuating
circumstances.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 31st day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court